# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RAYMOND A. DUBOIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) Case No. 1:17-cv-00076-JDL | |
| COMMISSIONER, ) | |
| SOCIAL SECURITY ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 24) with the court on December 3, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The Magistrate Judge recommended affirming the commissioner's decision in its entirety. *See* ECF No. 24 at 13. The Plaintiff ("Dubois") filed an Objection to the Recommended Decision (ECF No. 25) on December 18, 2017. The Defendant ("the Commissioner") then filed a Response to the Plaintiff's Objection (ECF No. 28) on January 5, 2018. I held a hearing on February 8, 2018 and heard arguments from counsel for both Dubois and the Commissioner.

After reviewing and considering the Magistrate Judge's Recommended Decision, together with the entire record and the attorneys' arguments at the hearing, I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's recommended decision. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is

necessary. It is therefore **ORDERED** that the Recommended Decision (ECF No. 24) of the Magistrate Judge is hereby **ADOPTED** and the Commissioner's decision is affirmed.

**SO ORDERED.**

**Dated this the 28th day of February 2018.**

                                                                  /s/ Jon D. Levy
                                                    **U.S. DISTRICT JUDGE**